UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV14-01926 JAK (SPx) | Date | May 1, 2017 |
|---|---|---|---|
| Title | Blumenthal Distributing, Inc. d/b/a Office Star, et al. v. Herman Miller, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David A. Dillard | Jean-Paul Ciardullo |
| Sami I. Schilly | |

**Proceedings:** PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF NO. 1 INVALIDITY OF ASSERTED EAMES TRADE DRESSES (Dkt. 374)

PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF NO. 2 INFRINGEMENT, DILUTION AND WILLFULNESS (Dkt. 375)

PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF NO. 3 DAMAGES (Dkt. 376)

DEFENDANT'S MOTION FOR PERMANENT INJUNCTION WITH RESPECT TO THE EAMES TRADE DRESS (Dkt. 379)

DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF TRADE DRESS VALIDITY, AND A NEW TRIAL ON INFRINGEMENT (Dkt. 380)

The motion hearing is held. Counsel address the issues raised by the Court with respect to Plaintiff's Motions for Judgment as a Matter of Law (the "Plaintiff's Motions"), and Defendant's Motion for Permanent Injunction and Motion for Judgment as a Matter of Law (the "Defendant's Motions"). Counsel address the Court. The Court takes Plaintiff' Motions and Defendant's Motions UNDER SUBMISSION and will issue a written ruling.

**IT IS SO ORDERED.**

| | 1 | : | 45 |
|---|---|---|---|
| Initials of Preparer | | ak | |